**Entered on Docket
March 16, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the court.
Signed March 16, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Margorie Anne Hoyt,

　　　　　　Debtor.

No. 17-40341

Chapter 13

**MEMORANDUM REGARDING SERVICE OF MOTION**

On February 27, 2017, Debtor filed a *Debtor's Complaint for Violation of Automatic Stay* ("the Motion") (doc. 13). Debtor is representing herself, and the Court takes note that the Motion has not been served on appropriate parties in interest. If Debtor wishes to prosecute the Motion, she must give notice to other parties in interest so that such parties may have a chance to respond to the Motion.

*END OF ORDER*

1

## COURT SERVICE LIST

**Margorie Anne Hoyt**
162 Oakridge Dr.
Danville, CA 94506